# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET  
MONTCLAIR, N.J. 07042  
973-744-1000  
973-746-1490 (FAX)

2 WALL STREET, THIRD FLOOR  
NEW YORK, N.Y. 10005  
212-608-7949  
212-571-3792 (FAX)

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

REPLY TO MONTCLAIR OFFICE

March 6, 2012

Filed by ECF  
Hon. Kiyo A. Matsumoto, U.S.D.J.  
U.S. District Court - Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re:    *U.S. v. Balzano,* Cr. No. 11 CR 32 (KAM)

Dear Judge Matsumoto:

    I represent Joseph Collina in the above-captioned matter. Based on the Government's representation regarding the origin of the cigarettes involved in racketeering act one of count one of the indictment, Mr. Collina consents to the entry of a restitution order in the amount of $5,194.

                            Respectfully yours,

                            */s/ Jean D. Barrett*  
                            Jean D. Barrett

JDB/jd

cc:    Allon Lifshitz, A.U.S.A. [by ecf]  
        Michelle Espinoza, U.S. Probation Officer [by email]  
        Joseph Collina [by mail w/ copy of gov't letter]

C:\CASE FOLDERS\Collina\Judge Matsumoto 03-6-12.wpd